Charles J. Wolff v. NH DOC, et al.     14-CV-060-SM   5/8/14

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE**


Charles Jay Wolff

   v.                                          Case No. 14-cv-60-SM
                                              Opinion No. 2014 DNH 103

New Hampshire Department of
Corrections, et al.


**O R D E R**


On March 26, 2014, this court directed plaintiff Charles Wolff to show cause why his complaint (doc. nos. 1 and 11) should not be dismissed for failing to state a claim. Wolff has now filed an amended complaint (doc. no. 14) and an addendum thereto (doc. no. 15).

The amended complaint and addendum fail to demonstrate cause why the matter should not be dismissed for failure to state a claim. Further, the amended complaint asserts no claim upon which relief might be granted, as nothing in the amended complaint or the addendum is even minimally sufficient to show that anyone at the prison where Wolff is incarcerated acted with deliberate indifference to his serious needs — medical, dental, or otherwise.

Accordingly, the complaint (doc. nos. 1 and 11) and the amended complaint (doc. nos. 14 and 15) are dismissed for failure to state a claim. The clerk is directed to close the case and enter judgment.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

May 8, 2014

cc: Charles Jay Wolff, pro se